# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:**
- City: Sterling
- County: Loudoun

☐ Under Seal

Superseding Indictment: 
Same Defendant: 
Magistrate Judge Case No.: 
Search Warrant Case No.: 

**Judge Assigned:** AJT
**Criminal No.:** 21 cr 31
**New Defendant:** 
**Arraignment Date:** 
**R. 20/R. 40 From:** 

## Defendant Information:

- **Defendant Name:** Michael C. Myers
- **Alias(es):** Mike
- ☐ Juvenile  FBI No.: 
- **Address:** King of Prussia, PA
- **Employment:** 
- **Birth Date:** xx/xx/1959
- **SSN:** xxx-xx-5674
- **Sex:** Male
- **Race:** Caucasian
- **Nationality:** United States
- **Place of Birth:** 
- **Height:** 
- **Weight:** 
- **Hair:** Brown
- **Eyes:** 
- **Scars/Tattoos:** 
- ☐ Interpreter  **Language/Dialect:** 
- **Auto Description:** 

## Location/Status:

- **Arrest Date:** 
- ☐ Already in Federal Custody as of:         in: 
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** Melissa Maxman / Jack Gruenstein
- ☐ Court Appointed
- **Counsel Conflicts:** -
- **Address:** 2001 Pennsylvania Ave NW, Suite 300; Washington DC
- ☒ Retained
- **Phone:** (202) 851 2071
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Ryan Faulconer & Daniel Young
- **Phone:** 703-299-3700
- **Bar No.:** 

**Complainant Agency - Address & Phone No. or Person & Title:**
SA William Shores, NASA-OIG; SA Lee Bacon, SBA OIG

## U.S.C. Citations:

| | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 371 | Conspiracy to Commit Wire Fraud | 1 | Felony |
| Set 2: | | | | |

**Date:** 3/2/21

**AUSA Signature:** [signature]

may be continued on reverse